AO 91 (REV.5/85) Criminal Complaint                                      EDWARD G. KOHLER, AUSA (312) 353-4086

# UNITED STATES DISTRICT COURT

_____NORTHERN_____ DISTRICT OF ___ILLINOIS, EASTERN DIVISION___

UNITED STATES OF AMERICA

v.

MICHAEL J. MURPHY

(Name and Address of Defendant)

**FILED**

FEB 6 2003

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAGISTRATE JUDGE ASHMAN

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

**03CR0138**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. During the period from in or about 1985 through in or about January 2003, in Cook County, in the _____Northern_____ District of _Illinois and elsewhere_____ defendant(s) did, (Track Statutory Language of Offense) knowingly devise, intend to devise and participate in a scheme to defraud and to attempt to defraud investors and to obtain money and property by means of materially false and fraudulent pretenses, representations, promises and omissions and for the purpose of executing the scheme and attempting to do so, knowingly caused to be delivered by mail a number of items, including an account statement to be delivered by mail to Investors A and B in Monee, Illinois in or about early January 2003;

in violation of Title ___18_____ United States Code, Section ___1341_____.

I further state that I am a _Special Agent of the Federal Bureau of Investigation_ and that this complaint is based
Official Title

on the following facts:

(See attached affidavit)

Continued on the attached sheet and made a part hereof: _X_ Yes ____ No

Signature of Complainant   SHAWN WOLFF

Sworn to before me and subscribed in my presence,

February 6, 2003
Date

at _Chicago, Illinois_____
City and State

MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

Signature of Judicial Officer

STATE OF ILLINOIS     )
                            ) SS
COUNTY OF COOK     )

## AFFIDAVIT

I, Shawn Wolff, having been duly sworn, upon oath, depose and state the following:

1. I am a Special Agent with the Federal Bureau of Investigation and have been so employed for 19 years. I am currently assigned to the Tinley Park Office and am detailed primarily to investigate mail fraud, wire fraud, securities fraud and other federal white collar crimes.

2. My affidavit is based on my personal knowledge and investigation and my review of certain documents. This affidavit is not a complete record of my knowledge. I have not included each and every fact known by me concerning the individual and the events described in this affidavit. These statements are submitted for the limited purpose of establishing probable cause in support of the attached complaint.

3. Michael J. Murphy (Murphy) is approximately 44 years old and resides in Homer Glen, Illinois at 17332 South Parker Road. Murphy does business as Michael J. Murphy Associates Insurance Planning and Design Inc. This business is located at 17340 South Parker Road in Homer Glen, Illinois, which is next to Murphy's residence.

4. Murphy, through his business, has raised funds from the public since as early as the mid-1980s. In raising these funds from the public, Murphy typically has entered into written agreements with prospective investors in which he has guaranteed both the principal and a minimum earnings rate. (Attached as Government Exhibit 1 is an example of such an agreement.) In addition to guaranteeing minimum rates of return, Murphy also has represented to prospective investors the rates of return they would receive on an investment, at times representing as much as a 20% return in

about a month.

5. I have spoken with approximately 30 individuals who have money invested with Murphy. As a group, these investors have approximately $11,000,000 invested with Murphy. It is my understanding that Murphy currently has about 190 investors. The funds invested by the remaining 160 investors are not included in the $11,000,000.

6. I have reviewed certain quarterly account statements issued by Murphy to investors. These quarterly statements reflect that investors' principal is intact and their investments are earning money. For instance, Investor A and his wife Investor B have multiple investment accounts with Murphy. Government Exhibit 2 is a copy of their account statement for account no. 55-80008777-44. This account statement, which they received in the mail at their Monee, Illinois residence in or about early January 2003, shows that their account earned $2,458.81 and, as of January 1, 2003, contained $150,481.02. On January 9, 2003, Investors A and B invested another $200,000 with Murphy on his representation that they would make a 20% return by February 15, 2003.

7. Records obtained from the Marquette National Bank for the account into which Murphy deposited Investor A and B's $200,000 show that the funds were very quickly withdrawn from the account and as of February 5, 2003, the account had less than $10,000 in it. (See account statement attached as Government Exhibit 3). This statement also indicates that this account has recently been overdrawn.

8. Some investors have recently been unable to get a return of their invested funds from Murphy.

9. On February 4, 2003, Murphy confessed to his brother that he had spent substantially all of the investors' funds.

10. On February 5, 2003, I participated in an interview of Murphy, at the start of which

Murphy was informed that his answering questions was voluntary, but that any information he did provide would be used against him. Murphy was represented by counsel during this interview.

11. In brief, during the interview, Murphy admitted to defrauding and lying to investors and prospective investors on a continuing basis from the mid-1980s to the present. Among other things, Murphy admitted that he began raising funds from investors in about 1985 and has continued to do so into January 2003. Murphy estimated that he currently has about 190 individuals who have invested money with him. Murphy further admitted that he has spent substantially all of the investors' funds and that the periodic account statements he has provided investors over the years were totally false. Murphy admitted that he has never been able to generate any income using investors funds and that he has had no other sources of income to pay investors returns.

To the extent that Murphy has paid returns to investors, those monies came from other investors as part of Murphy's overall <u>Ponzi</u> scheme. Murphy further admitted that he used a substantial portion of investors funds for his own benefit to purchase homes, vehicles, jewelry, art work and generally to support a lavish lifestyle.

12. Based on the foregoing, I submit that there is probable cause to believe that Murphy has been engaged in a scheme to defraud his investors for an extended period of time and that he has used the United States Mails in furtherance of his scheme and in violation of Title 18, United States Code, Section 1341.

Shawn Wolff, Special Agent
Federal Bureau of Investigation

Sworn to and subscribed
in my presence this 5th day
of February 2003

Hon. Martin C. Ashman
United States Magistrate Judge

 

# Michael J. Murphy Associates
# Insurance Planning & Design

## MANAGEMENT AGREEMENT

This Management Agreement is made the _8th_ day of June, 1998, between Michael J Murphy , my/our Portfolio Manager, 642 First Street, Lemont, Illinois  60439 and _____

### Article I

Manager will effect the establishment of a Combined Asset Management Account (C.A.M.A.) #199-80003337-448 and other accounts as I/we require from time to time with the manager acting as Trustee/Custodian over such funds as I/we shall deposit therein.  I/We appoint and empower my/our manager as my/our attorney–in–fact, with full power of substitution, to sign my/our name, place and stead any and all documents related to the management and investment objectives of this CAMA. I/we give the manager exclusive authority to manage and thereby invest funds placed with the manager in any and all instruments which the manager deems satisfactory, including, but not limited to stocks, bonds, commercial paper, and Guaranteed Investment Contracts (GIC), of any class, and to do any and all acts necessary and incident to the execution of powers I/we hereby grant the manager, as fully and to all intents and purposes as I/we might or could do if personally present.  This grant of a power of attorney is irrevocable while this management agreement is in force until 07-01-00, the date which is agreeable to all parties for purposes of this contract.

My/our manager shall have exclusive authority to give any instructions to brokers or other financial service organizations as may be necessary to effect transactions on my/our behalf with full power of substitution.  All such investments shall generally be held by the manager/custodian in its name and will be credited to a custodial account established for my/our benefit.

### Article II

The client(s) represent to the manager the following:

1. The client(s) are of legal age, legally competent, and the client(s) are entering the agreement for the client's own account, and not for the benefit of another person.

2. The client(s) have adequate emergency and investment funds other than the funds invested in Managers Program, and represent complete understanding that the program guarantee of principal managed is fully consistent with the client(s) investment objectives and net worth.



GOVERNMENT EXHIBIT / CARDELS 800-787-6559

(continued on page two)

642 First Street, Lemont, IL 60439 • 800-313-7023 • 800-749-1485 • 630-257-0589 FAX





June 8, 1998

**Management Agreement**

Page two

3. The client(s) is/are fully aware that no principal withdrawal may be made prior to 07-01-99. This is necessary to insure proper action and control with regard to investment timing. Holding period may be extended at option of the Manager with written notice provided to client(s). Principal is guaranteed for this account and a minimum earnings rate of three percent (3%). On a calendar quarterly basis, accrued earnings and/or dividends shall be reinvested for the client(s) until manager is further notified in writing.

**Article III**

The Manager has made known to me/us the guarantee provided as pertaining to principal.

In consideration for Management Services, client(s) acknowledge(s) the managers disclosure of management fees amounting to one percent (1%) of my/our CAMA Annualized account value to be its only consideration for my/our Manager's day to day services on the account. No front or back–loaded sales charges of any other kind will be imposed upon my/our principal deposits.

The parties have executed this agreement as of the day and year first written above, on this 8th day of June, 1998. A photocopy or facsimile of this signed agreement shall be deemed by all parties to be an original.

Witnessed:

Michael J. Murphy

642 First Street
Lemont, Illinois  60439

Telephone:
    (800) 749-1485
    (708) 528-6443

Signature of Client

Signature of Client (Joint Acct.)

**642 First Street, Lemont, IL 60439 • 800-313-7023 • 800-749-1485 • 630-257-0589 FAX**

**Michael J. Murphy Associates**
**Insurance Planning & Design**
17332 S. Parker Road
Homer Glen, Illinois 60441-9738
Telephone (800) 749-1485
       (815) 462-3872 FAX

Monee, IL 60449

January 1, 2003

## STATEMENT

REP.  65715   MURPHY, M.J.

IDENT NO. OR SOC. SEC. NO.

ACCOUNT NO. 55-80008777-44
PLEASE REFER TO ABOVE ACCOUNT NUMBER IN ALL CORRESPONDENCE

| TRANSACTION DATE | TRANSACTION | TRANSACTION AMOUNT | RATE | BEGINNING BALANCE | ENDING BALANCE |
|---|---|---|---|---|---|
| 10-01-2002 | | | | $148,022.20 | |
| 01-01-2003 | Position Increase | $2,458.81 | Variable | | |
| 01-01-2003 | End Account Status | | | | $150,481.02 |

Your Next Statement is Due April 1, 2003



GOVERNMENT EXHIBIT
2

CARDBELS 800-783-0399

------------------------------ CUT ALONG DOTTED LINE ------------------------------

☐ **Michael J. Murphy Associates**
☒ **Insurance Planning & Design**
17332 S. Parker Road
Homer Glen, Illinois 60441-9738

      Daniel J. Krause Or
      Cindy M. Krause
      7252 Ethan Court
      Monee, IL 60449

S _____

AMOUNT OF CHECK

IDENT NO. OR SOC. SEC. NO. 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

ACCOUNT NO. 55-80008777-44

REP.  MURPHY, M.J.  65715

TO MAKE A CHANGE: If the address, identification of
social security number is incorrect or missing, please print
the correct information here.

_____

_____

_____

65715   BR   020      01/03      7113/9974-009



GOVERNMENT
EXHIBIT
3



# Marquette Bank

## Monetary Activity

| | | | |
|---|---|---|---|
| Nbr Debits | 1 | Lst Stmt 1/31/03 | Last Stmt Balance 10,276.69 |
| Nbr Credits | 0 | Nbr Enclosed 1 | Current Balance 9,455.61 |

| Eff Date | B | Batch | Trcd | Description | Check Nbr | Tran Amount | P | Current Bal |
|---|---|---|---|---|---|---|---|---|
| 01/02/03 | | ASC | 0075 | SVC CHARGE | | 11.33 | Y | 171,692.51 |
| 01/03/03 | | 002 | 0020 | DEPOSIT | | 116,500.00 | Y | 288,192.51 |
| 01/03/03 | | 001 | 0090 | CHECK | 13397 | 15,000.00 | Y | 273,192.51 |
| 01/03/03 | | 001 | 0090 | CHECK | 13400 | 824.47 | Y | 272,368.04 |
| 01/03/03 | | 001 | 0090 | CHECK | 13398 | 590.34 | Y | 271,777.70 |
| 01/03/03 | | 001 | 0090 | CHECK | 13399 | 132.87 | Y | 271,644.83 |
| 01/07/03 | | 001 | 0090 | CHECK | 13401 | 125,000.00 | Y | 146,644.83 |
| 01/07/03 | | 002 | 0090 | CHECK | 13404 | 20,000.00 | Y | 126,644.83 |
| 01/08/03 | | 001 | 0090 | CHECK | 13402 | 25,000.00 | Y | 101,644.83 |

| | | | | |
|---|---|---|---|---|
| NSF Items | 0 | 0 | Officer | 107 RICHARD CUMM |
| OD Items | 7 | 9 | User Cds | |
| UNC Items | 0 | 0 | Auto Cls | 0 Days |

## Marquette Bank

### Monetary Activity

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Nbr Debits | 1 | Lst Stmt | 1/31/03 | Last Stmt Balance | | | 10,276.69 |
| Nbr Credits | 0 | Nbr Enclosed | 1 | Current Balance | | | 9,455.61 |

| Eff Date | B. Batch | Trcd | Description | Check Nbr | Tran Amount | P. | Current Bal |
|---|---|---|---|---|---|---|---|
| 01/08/03 | 001 | 0090 | CHECK | 13403 | 10,000.00 | Y | 91,644.83 |
| 01/09/03 | 002 | 0020 | DEPOSIT | | 100,679.58 | Y | 192,324.41 |
| 01/10/03 | 002 | 0020 | DEPOSIT | | 300,000.00 | Y | 492,324.41 |
| 01/10/03 | 002 | 0020 | DEPOSIT | | 10,000.00 | Y | 502,324.41 |
| 01/10/03 | 001 | 0090 | CHECK | 13405 | 15,000.00 | Y | 487,324.41 |
| 01/13/03 | 001 | 0090 | CHECK | 13406 | 15,000.00 | Y | 472,324.41 |
| 01/21/03 | 001 | 0090 | CHECK | 13415 | 155,189.55 | Y | 317,134.86 |
| 01/28/03 | 001 | 0090 | CHECK | 13407 | 258,679.71 | Y | 58,455.15 |
| 01/28/03 | 001 | 0090 | CHECK | 13418 | 101,764.20 | Y | 43,309.05- |

| | | | | | |
|---|---|---|---|---|---|
| NSF Items | 0 | 0 | Officer | 107 | RICHARD CUMM |
| OD Items | 7 | S | User Cds | | |
| UNC Items | 0 | 0 | Auto Cls | 0 | Days |



**Marquette Bank**

Monetary Activity

| | | | |
|---|---|---|---|
| Nbr Debits | 1 | Lst Stmt 1/31/03 | Last Stmt Balance 10,276.69 |
| Nbr Credits | 0 | Nbr Enclosed 1 | Current Balance 9,455.61 |

| Eff Date | B | Batch | Trcd | Description | Check Nbr | Tran Amount | P | Current Bal |
|---|---|---|---|---|---|---|---|---|
| 01/28/03 | | 001 | 0090 | CHECK | 13414 | 82,401.78 | Y | 125,710.83- |
| 01/28/03 | | 001 | 0090 | CHECK | 13408 | 39,852.58 | Y | 165,563.41- |
| 01/28/03 | | 001 | 0090 | CHECK | 13413 | 20,000.00 | Y | 185,563.41- |
| 01/28/03 | | 001 | 0090 | CHECK | 13411 | 15,000.00 | Y | 200,563.41- |
| 01/28/03 | | 001 | 0090 | CHECK | 13412 | 8,003.46 | Y | 208,566.87- |
| 01/28/03 | | 001 | 0090 | CHECK | 13409 | 5,000.00 | Y | 213,566.87- |
| 01/28/03 | | ODC | 0071 | OD/NSF CHRG | | 175.00 | Y | 213,741.87- |
| 01/28/03 | Y | RIP | 0041 | DEBIT REV | 13410 | 101,764.20 | Y | 111,977.67- |
| 01/28/03 | Y | RIP | 0041 | DEBIT REV | 13414 | 82,401.78 | Y | 29,575.89- |

| | | | | |
|---|---|---|---|---|
| NSF Items | 0 | 0 | Officer | 107 RICHARD CUMM |
| OD Items | 7 | 9 | User Cds | |
| UNC Items | 0 | 0 | Auto Cls | 0 Days |



## Marquette Bank

### Monetary Activity

| | | | | | | |
|---|---|---|---|---|---|---|
| Nbr Debits | 1 | Lst Stmt | 1/31/03 | Last Stmt Balance | | 10,276.69 |
| Nbr Credits | 0 | Nbr Enclosed | 1 | Current Balance | | 9,455.61 |

| Eff Date | B | Batch | Trcd | Description | Check Nbr | Tran Amount | P | Current Bal |
|---|---|---|---|---|---|---|---|---|
| 01/28/03 | Y | RIP | 0041 | DEBIT REV | 13408 | 39,852.58 | Y | 10,276.69 |
| 02/04/03 | | 001 | 0090 | CHECK | 13416 | 821.08 | | 9,455.61 |

| | | | | | |
|---|---|---|---|---|---|
| NSF Items | 0 | 0 | Officer | 107 | RICHARD CUMM |
| OD Items | 7 | 9 | User Cds | | |
| UNC Items | 0 | 0 | Auto Cls | 0 | Days |