FILED
3/6/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

RM

Michael J Murphy
751 North Elm Street
Nappanee Indiana 46550
808-205-3906

**Mailed Monday, March 3, 2025**

**VIA THE UNITED STATES POSTAL SERVICE**

The Clerk of the Federal Court
Northern District of Illinois
Eastern Division
219 South Dearborn Street, 20th Floor
Chicago, Illinois 60604

**RE: United States v. Michael J Murphy, No. 03 CR 138-1 (N.D. ILL.)**

Dear Sir:

I am respectfully submitting this cover letter in order to copy your office with regard to the documents recently demanded of me without jurisdiction by the Financial Litigation Unit of the United States Attorney's Office for the District of Northern Illinois Eastern Division.

Sir, the president of the United States commuted my federal sentence to time served on December 12, 2024. I am now on supervised release, and under the complete jurisdiction of the sentencing federal court for the District of Northern Illinois Eastern Division. My assigned probation officer with the USPO is Alison Upchurch. Upon your review, I have a current contract for payment of the sentencing court's judgement ordering for financial restitution. I have faithfully made payments as agreed without interruption for 21-years. Thus, all parties, including your office, have upheld and relied upon this contract as written. All former supervisory officers and my current probation officer have instructed me to keep making these payments. There is no default.

Sir, supporting statements have this date been sent as indicated to the Financial Litigation Unit. Please file these with my case docket. I will be interested to receive notice of any reaction your office has to this matter which has become greatly distressful to me in my poor circumstances.

Very truly yours,

Michael J Murphy

Michael J Murphy
751 North Elm Street
Nappanee Indiana 46550
808-205-3906

**MAILED MONDAY, MARCH 3, 2025**

**VIA CERTIFIED MAIL**
**United States Postal Service**
**Article Number: 7022 3330 0000 5395 6552**

Morris Pasqual, Acting United States Attorney
Northern District of Illinois
Attention: Financial Litigation Department
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604

**RE: United States v. Michael J Murphy, No. 03 CR 138-1 (N.D. ILL.)**

Dear Mr. Pasqual:

On Tuesday, February 25, 2025, I answered an incoming phone call displaying, "Private Number" at 12:40 pm et. while actively working on my job. That call lasted about 5 minutes. A person who refused to clarify her name demanded I immediately send the attached 19-page "Financial Disclosure Form v. July 2023." I respectfully challenged the jurisdiction and authority of that demand since my entire sentence was commuted to time served by the president of the United States on December 12th 2024. On that day, my sentence to the Bureau of Prisons terminated and I then began serving the federal court imposed supervisory release. I shall comply now, but under duress. I was hesitant to send that private financial disclosure because you did not answer my previous letter yet. That person then insisted that your office was not going to answer my letter at all. She said your office is going to garnish 25% of my wages and possibly sell my assets. I cannot afford said garnishment. I am nearly 67 years old. I have been in a poor state of health for many years. That statement truly frightened me.

Upon ending that call, I immediately contacted my USPO officer Alison Upchurch. She then told me to call her after she had contacted someone at your office. She did that immediately. Later that day, Ms. Upchurch instructed me to call her cell phone. At that time, she told me she would not give me that person's name. She then instructed me to fill out the form and send it to you. In obedience to her instruction, I have enclosed the 19 page form and compiled accompanying financial documents, prepared under duress, to the best of my ability, knowledge and belief. Since transfering to home confinement in May, 2020, all required financial statements requested of me were filed monthly to my government appointed supervising officers. If you have jurisdiction, reach out to them for further documentation.

Previously, I gave you a copy showing evidence of a valid contract signed by myself and an officer of the US Government. I gave you evidence showing I am not in default, but indeed am continuing to make the agreed quarterly criminal judgment for restitution payments as have been acknowledged received by the Clerk of the Federal Court for the Northern District of Illinois for 21 years. I also asked you many legal questions in that letter and expressed concerns I had about your authority, and now, of the mystery telephone caller, and statements I believe were made under the color of law.

If the U.S. Attorney's office wants to somehow now, without jurisdiction, and after my 21-years of actual contract performance declare me in default, and is making demands for confirmation of my income in their one-sided attempt to renegotiate beyond the terms of my existing, faithfully performing contract for payments I made under the judgment and restitution order in this case, signed previously with the United States government and me, I will ask for a qualified attorney to be appointed by the Court as I cannot afford one, and a public hearing before the presiding district court having jurisdiction.

In closing, Sir, I claim undue hardship. I am broke. I live paycheck to paycheck. One of the conditions of my current supervised release is to pay my current living expenses. Any increased amount above my current contract will threaten my ability to take care of myself as required. While released to home confinement in May, 2020, while under the custody of the U.S. Attorney General/BOP, they were still responsible for all my medical bills. Through a third party administrator called "NaphCare," they pre-approved doctor, hospital visits and orders for expensive tests relative to my deteriorating medical conditions. Then, disaster struck. Although I was pre-certified for treatment in writing for every medical appointment and procedure, Naphcare only paid for some of my prescription drugs. To the present date, they have paid zero bills submitted by my many doctors, three hospitals, and multiple testing facilities. NaphCare's default has caused these obligations to be transferred to me personally. My medical bills debt grew to well over $20,000 creating a substantial financial hardship for me.

Today, now serving Supervision, but only under the Jurisdiction of the United States Federal District Court of Northern Illinois and the USPO, I may add, I find this sudden attempt in January 2025 just about 3 weeks after the president of the United States commuted my federal sentence, your office approaches me to demand payment of $18 million after my recent transfer to Court Supervision but there was not a peep from the Litigation Department when I was under the United States Attorney General/BOP jurisdiction for about 4.5 years.

Sir, I live quite alone in a cheap, rundown apartment without any valuable assets. I have continuing major medical bills annually. My cardio/vascular doctors have told me I'm living on borrowed time with one foot in the grave. I ask for mercy. My crime was serious. My complete prison and supervised home confinement record shows incontrovertible evidence of true

rehabilitation. In my poor situation, after so many years of continuous incarceration, I shall maintain the faithful performance of this long-held contract for payments of the criminal financial judgment as agreed, and continue to follow the instructions of Officer Alison Upchurch with the United States Probation Office.

Very truly yours,

Michael J Murphy

Copies to:

Clerk of the Federal Court Northern District of Illinois Eastern Division
Pamela Bondi, Attorney General of the United States
Maurice Pasqual, Personally, U.S. Attorney for Northern District of Illinois Eastern Division
Alison Upchurch, United States Probation Officer

enclosures

**U.S. Department of Justice**

*United States Attorney*
*Northern District of Illinois*

*Financial Litigation Unit*

*Dirksen Federal Courthouse*
*219 South Dearborn Street, Fifth Floor*
*Chicago, Illinois 60604*

*312-469-6298*

January 7, 2025

Michael J. Murphy
751 N Elm Street
Nappanee, IN 456550

Re: United States v. Michael J. Murphy, No. 03 CR 138-1 (N.D. Ill.)

Dear Mr. Murphy:

Demand is being made for payment of the balance due on the judgement entered in the referenced case. You have defaulted on repayment of the judgement and the entire amount is now due. The current balance is **$18,703,002.55**. The United States has the right to collect on the judgement under the provisions of the Federal Debt Collection Procedures Act. The remedies under the Act include the sale of real or personal property and garnishment of wages. You must remit the balance due or enter into a monthly payment agreement. Failure to do so will result in the United States pursuing further legal action to enforce the collection of the judgement debt.

Payments must be made by a **money order of cashier's check (please include your name and case number on the check)** payable to the Clerk of the United States District, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604.

If you cannot pay in full, please complete the enclosed financial statement and return to this office with complete copies of your most recently filed federal and state income tax **returns no later than February 25, 2024**. Your complete financial statement should be mailed to: U.S. Attorney's Office, Attn: FLU, 219 S. Dearborn Street., 5th Floor, Chicago, Illinois 60604. If you should have any questions, do not hesitate to contact me at 312-886-2035.

**If you are represented by an attorney in connection with this matter, please forward this letter to your attorney.**

Very truly yours,

MORRIS PASQUAL
Acting United States Attorney

By: ______________________
Financial Litigation Agent

Mailed February 4, 2025

Michael J Murphy
751 North Elm Street
Nappanee Indiana 46550
808-205-3906

**United States Postal Service**
**Certified Mail Article Number: 7022 3330 0000 5395 9829**

**RETURN RECEIPT REQUESTED: USPS Tracking #9590 9402 8724 3310 4990 73**

RE: United States v. Michael J Murphy, No. 03 CR 138-1 (N.D. ILL.)

Morris Pasqual
Acting United States Attorney
Northern District of Illinois
Financial Litigation Department
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604

Dear Mr. Pasqual:

I am humbly responding today to your letter dated January 7th 2025 (copy enclosed). I find it interesting how this was postmarked with your postage meter on January 7th, and I received it on January 20th. Truly, my receipt of this kind of shocking, erroneous, and threatening letter drove me into a deep episode of depression. I am a 66-year-old male. I have to work full-time to take care of myself. I am in very poor health. Your letter demands full payment of an unsubstantiated sum of $18,703,002.55. You claim that I've defaulted on repayment of this judgment In the above referenced criminal case. Mr Pasqual, nothing could be farther from the truth. Here are the facts in evidence:

1. I have a contract. I have been making all required quarterly payments on a fully legal criminal restitution contract as ordered by the sentencing judge, entered into by myself with the United States Department of Justice. An accurate copy of this contract document is attached. It is dated February 29, 2004. It is not now, and has never been in default.

2. For 21 years, I have faithfully paid the required amount each quarter. Copy of my most recent payment acknowledged by the Clerk of the Court on December 17, 2024 is also attached.

Financial Litigation Unit
United States v. Michael J Murphy, No. 03 CR 138-1 (N.D. ILL.)
February 4, 2025
page two

3. The facts in evidence are that I am even today in a condition of complete and faithful performance of this legal and binding contract. The proof of this is evidenced by the regular payments made quarterly as agreed from my inmate trust fund with the Federal Bureau of Prisons from 2004 through March of 2020. Next, upon my ordered release to Home Confinement, further proof is available to you from the Clerk of the Court. When I was released to home confinement after 17 long years inside federal prison in May of 2020, I began, and have continued to make payments directly to the Clerk of the Court commencing in June of 2020 to present. There is no default.

4. During an open hearing, in public, Judge James Holderman ordered that the federal government provide complete accounting to him and to me and my victims surrounding all financial matters concerning my case. I have not received any accounting since my sentencing in December, 2003. It was about two years after that when Judge Holderman actually entered the Final Order of Forfeiture. I have never seen the credits reducing my owed restitution amount for all of the sales of my assets which should have been deducted from my restitution amount due for all of the substantial real estate and personal properties the government actually sold before that Final Order at a mere fraction of their value. That same judge ordered that all recovered monies would be dispersed to the victims of my crime. I was notified of only one disbursement, without any meaningful accounting, and nothing afterwards for almost twenty years now.

5. Now you supply me with the figure of $18,703,002.55 out of the blue and referenced above? In line with Judge Holderman's order, the court, my victims, and I should receive a complete accounting including all of the timely payments I've made for 21 years. There should further be evidence supplied to me that all of those monies collected over this long time period were actually dispersed to the victims as ordered by the court.

Mr Pasqual, I respectfully invite you to answer this letter as best you can in light of the evidence I have now provided and that you can easily verify. I have a contract. I'm performing the contract. I will perform the contract as written moving forward. It seems to me you might want to consider that my federal sentence has been commuted by the president of the United States as of December 12th 2024. It's true, I have now entered a court ordered period of supervised release for 3 years. I have informed my probation officer of your letter and of my response today. There's never been a question that I owe restitution. I now simply ask you to be merciful as you consider that I live on borrowed time due to my multiple, serious, expensive medical conditions. It seems to me that some thought needs to be given to what I have perceived to be the threatening tone of your letter in light of what the records of the US Department of Justice and the honorable Northeastern District of Illinois Federal Court

can easily confirm as to my perfect and continuing performance of the agreed upon restitution payments set forth in the contractual terms. I'm not a lawyer. I'm self-educated, and submit concerns here with regard to the contracts clause as promulgated by Article I, Section 10, of the United States Constitution. I wonder here whether the government's attempt to modify the contract without evidence is a breach of its contractual obligations. Further, it is my humble understanding that the government must follow Due Process, where the government's actions must comply with the Due Process Clause of the Fifth Amendment. Here, I believe the government's declaration of default without evidence has violated my right to due process. Further, it is my understanding that the Administrative Procedures Act (APA), governs the way all federal agencies make decisions. I am afraid that the government's actions here in this instance may be arbitrary and capricious, possibly even malicious and threatening to me as an elderly person with regard to the mention of seizing my assets and garnishment of my wages, therefore, in violation of the APA. Further, I think provisions of the Fair Credit Reporting Act may have been denied me here.

In closing, am I correct to point out here the importance of protecting my US Constitutional and contractual rights? I believe I am correct. Sir, I live paycheck to paycheck, still working the same job, respected by stakeholders, my supervisors, and my co-workers for almost five consecutive years since being moved to Elderly Offender Home Detention under the CARES ACT. I live quite alone in a cheap, rundown apartment without any valuable assets to speak of except my high-mileage 2006 automobile, used furniture, and basic household supplies either given to me as charity, or purchased at Goodwill industries. I have major medical bills annually. My cardio/vascular doctors have told me I'm living on borrowed time with one foot in the grave.

Please have mercy. My crime was serious. My complete prison and supervised home confinement record shows incontrovertible evidence of true rehabilitation. In my poor situation, after so many years of continuous incarceration, I shall continue the faithful performance of this long-held contract for restitution payments as agreed. I look forward to your written response. Thank you most kindly for your consideration.

Very truly yours,

Michael J Murphy

cc: Alison Upchurch, USPO

enclosures

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Chicago IL 60604
OFFICIAL USE

7022 3330 0000 5395 9829

| | | |
|---|---|---|
| Certified Mail Fee | $4.85 | 0051 |
| Extra Services & Fees (check box, add fee as appropriate) | $6.10 | 12 |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $0.00 | |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $1.77 | |
| Total Postage and Fees | $10.72 | 02/04/2025 |

Sent To: Morris Pasqual AUSA Financial Litigation Unit
Street and Apt. No., or PO Box No.: 219 S Dearborn St. - 5th Floor
City, State, ZIP+4®: Chicago IL 60604

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Morris Pasqual, AUSA
Northern Dist of Illinois
Financial Litigation Unit
219 S. Dearborn St. - 5th Floor
Chicago, IL 60604

9590 9402 8724 3310 4990 73

2. Article Number (*Transfer from service label*)

7022 3330 0000 5395 9829

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

'25 FEB 19 AM10:16

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

# INMATE FINANCIAL CONTRACT

REGISTER NUMBER: 15782-424
INMATE NAME....: MURPHY, MICHAEL J
FACILITY.......: GREENVILLE FCI

A STAFF MEMBER HAS PROVIDED ME WITH INFORMATION REGARDING THE POTENTIAL CONSEQUENCES OF A REFUSAL ON MY PART TO PARTICIPATE IN THE INMATE FINANCIAL RESPONSIBILITY PROGRAM.

I AGREE TO SUBMIT PAYMENTS TOWARD SATISFACTION OF THE FINANCIAL OBLIGATION(S) INDICATED ON THIS FORM IN ACCORDANCE WITH THE PAYMENT PLAN OUTLINED BELOW. I AGREE TO FOLLOW THIS PAYMENT PLAN UNTIL THE FINANCIAL OBLIGATION(S) IS SATISFIED.

I FURTHER UNDERSTAND THAT THE PAYMENT CONTRACT WILL AUTOMATICALLY STOP AND NO FUNDS WILL BE WITHDRAWN FROM MY ACCOUNT IN THE EVENT THAT I AM PERMANENTLY RELEASED FROM MY PRESENT INSTITUTION OF CONFINEMENT. IN THE EVENT THAT I AM RELEASED PURSUANT TO A WRIT (INCLUDING A REQUEST FOR TEMPORARY CUSTODY PURSUANT TO THE INTERSTATE AGREEMENT ON DETAINERS) THE CONTRACT WILL NOT TERMINATE UNLESS I NOTIFY UNIT STAFF THAT UPON COMPLETION OF ANY PAYROLL/DEDUCTION CYCLES IN PROGRESS AT THE TIME I LEAVE THE INSTITUTION I WISH THE CONTRACT TO TERMINATE.

PAYMENT METHOD...: AMT (circled) /PCT: $25.00 FREQ: Qu ORIGIN: TF

START CYCLE......: 06-2004

INMATE DECISION..: AG

OBLIGATION NUMBER: 1 2

INMATE SIGNATURE.......: Without Prejudice [signature] DT SIGNED: 02-29-04

STAFF WITNESS SIGNATURE: [signature] DT SIGNED: 02-29-04

INMATE FINANCIAL CONTRACT

REGISTER NUMBER: 15782-424
INMATE NAME....: MURPHY, MICHAEL J
FACILITY.......: GREENVILLE FCI

------------------ FINANCIAL OBLIGATIONS OWED ------------------

| OBLG | OBLIGATION TYPE | BALANCE | PAYABLE | COJ |
|---|---|---|---|---|
| 1 | ASSESSMENT USDC | 1400.00 | IMMEDIATE | FIL |
| 2 | RESTITUTION NON-FED VICTIM USDC | 15334242.46 | IMMEDIATE | FIL |

# U.S. District Court

## Illinois Northern - Chicago

MICHAEL J MURPHY

Receipt Date: Dec 17, 2024 1:24PM

Rcpt. No: 100014387

Trans. Date: Dec 17, 2024 1:24PM

Cashier ID: #LM

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 700 | Criminal Debt | DILN103CR000138 /001<br>MICHAEL J MURPHY | 1 | 25.00 | 25.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| MO | Money Order | #28526639398 | 11/30/2024 | $25.00 |

| | |
|---|---|
| Total Due Prior to Payment: | $25.00 |
| Total Tendered: | $25.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

**Comments:** 121724-71

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

Michael Murphy
751 NORTH ELM
NAPPANEE INDIANA
46550

FT WAYNE IN 467
3 MAR 2025

FIRST CLASS MAIL

PLEASE HAND STAMP







The Clerk of the Federal Court
Northern Dist of Illinois - Eastern Division
219 S. Dearborn St., 20th Floor
Chicago, IL 60604

RECEIVED
MAR 06 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT